# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.  )  CR NO: 2:12-cr-00200-TLN

JOSE ISRAEL ESTRADA-DIAZ

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum   ☐ Ad Testificandum.

Name of Detainee: **JOSE ISRAEL ESTRADA-DIAZ**

Detained at (custodian): **Soledad Correctional Training Facility**

Detainee is: a.) ☒ charged in this district by:
  ☒ Indictment   ☐ Information   ☐ Complaint
  Charging Detainee With: **Deported Alien Found in the United States**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ Nirav Desai
Printed Name & Phone No: **NIRAV DESAI/916-554-2716**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum   ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

July 1, 2013 /s/ Kendall J. Newman
Date   United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Jose Israel Estrada | Male ☒ | Female ☐ |
| Booking or CDC #: | AM7681 | DOB: | 3/17/88 |
| Facility Address: | Highway 101 North | Race: | |
| | Soledad, CA 93960 | FBI #: | |
| Facility Phone: | 831-678-3951 | | |
| Currently Incarcerated For: | | | |

---

### RETURN OF SERVICE

Executed on _____ by _____

_____
(Signature)